### 31553. CITY OF SUMMERVILLE *et al. v.* GEORGIA POWER COMPANY.

FELTON, J.· Where the only questions presented for review by this court arise from the judgments of the court below, overruling a demurrer to a traverse of a sheriff's return, in the nature of a plea in abatement and a special plea to the jurisdiction, and finding in favor of the traverse and quashing, striking, and setting aside the sheriff's return, and it appears that a reversal of neither of these judgments would operate to terminate the main case, but would leave the same still pending, the writ of error is premature and must be dismissed. *Ross* v. *Mercer,* 115 *Ga.* 353 (41 S. E. 594); *Overstreet* v. *Patterson,* 54 *Ga. App.* 318 (187 S. E. 703); *C. I. T. Corp.* v. *Smith,* 68 *Ga. App.* 556 (23 S. E. 503); *Wages* v. *Davison Chemical Corp.,* 71 *Ga. App.* 30 (29 S. E. 2d, 713); *Douglas* v. *Hardin,* 163 *Ga.* 643 (136 S. E. 793).

   *Writ of error dismissed. Sutton, P. J., and Parker, J., concur.*

DECIDED MARCH 21, 1947. REHEARING DENIED APRIL 1, 1947.

*Jesse M. Sellers,* for plaintiffs.
*MacDougald, Troutman & Arkwright, Wright, Rogers, Magruder & Hoyt,* for defendant.